IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CARON GIBSON,                  )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       3:14cv725-MHT
                               )           (WO)
EAST ALABAMA MEDICAL           )
CENTER,                        )
                               )
     Defendant.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The parties' joint motion for approval of settlement (doc. no. 16) is granted.

(2) The parties' FLSA settlement is approved.

(3) This case is dismissed with prejudice and with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of July, 2015.

                                    /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE